THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEROME R. LEWIS, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Relator's claim that his conviction was obtained by fraud and duress may not be inquired into in a habeas corpus proceeding, the uncontradicted return showing that the court wherein he was convicted was one of competent jurisdiction. (*Matter of Morhous* v. *N. Y. Supreme Court*, 293 N. Y. 131.) That in such proceeding he may compel action by the Parole Board is untenable. The judgment pronounced upon his conviction was sanctioned by due proof of his prior conviction of a felony. The order should be affirmed. Order affirmed, without costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE RENSING, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.— Appeal by relator from an order of the County Court of Washington County dismissing a writ of habeas corpus. Relator was convicted of a felony while on parole. Under his parole agreement he was required to serve the balance of his first term. Although under confinement at Sing Sing, and not physically present at Elmira Reformatory, the place of his first incarceration, he was nevertheless transferred from the reformatory to Sing Sing Prison. This transfer was a valid exercise of authority on the part of the Commissioner of Correction. (*People ex rel. Coppola* v. *Brophy*, 254 App. Div. 641, affd. 280 N. Y. 778.) Order affirmed, without costs. All concur.

GEORGE E. HOFFMAN et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 26289.) — This is an appeal from a judgment of the Court of Claims, entered in the office of the Clerk of the Court of Claims June 19, 1944, awarding to the claimants, George E. Hoffman and Hilda Hoffman, his wife, and against the defendant-appellant, the State of New York, the sum of $20,000 and interest, and in favor of the claimants, Frank Ellrott and Anna Ellrott, his wife, the sum of $500 and interest. The appeal is taken upon the ground that the judgment and decision are contrary to the law and the facts, that the amount is excessive and that the court erred in the reception and rejection of evidence. Judgment affirmed, with costs. All concur.

VERNONVILLE FARMS, INC., Respondent, v. NELSON CREAMERY CORPORATION, Appellant.— Appeal by defendant, from a judgment entered on the verdict of a jury dismissing a counterclaim. The evidence sustains the verdict and there was no error which requires reversal. Some of the statements made by counsel for plaintiff-respondent in the summation were unwarranted. While appellant's counsel objected, he requested admonition by the court, but stated that he did not desire a mistrial. Judgment affirmed, with costs. All concur. [See *post*, p. 791.]

In the Matter of the Claim of VALERIA HOLEWIENKO, Respondent, against GIMPEL BROS., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See 268 App. Div. 839.]